# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                   Case No.: 1:14−cr−00580
                                                  Honorable Harry D. Leinenweber

Gary J Stern

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 3, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 2/3/2016. Chris Gair's Motion to withdraw as attorney [28] is granted. Chris C. Gair is hereby withdrawn from the case. Jeff Steinbeck granted leave to appear on behalf of the defendant Gary J Stern (1). Trial date stricken. Status hearing set for 3/8/2016 at 09:00 AM. Enter excludable delay in the interest of justice to begin 3/7/2016 and end 3/8/2016 pursuant to 18:3161(h)(7)(A)(B).Mailed notice (wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.